**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID DEBENEDETTO, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-02429-TSC |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| AND | ) |
| | ) |
| THE IRANIAN MINISTRY INFORMATION AND SECURITY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM OPINION

Presently before the court is a motion for the entry of final judgment by Plaintiffs Melvin Rich, as representative of the Estate of Mabel Rich, and Dawn Webb, as representative of the Estate of Donald Webb. (ECF No. 43.) Plaintiffs are estate representatives of deceased relatives of American servicemembers killed in the 1983 bombing of the U.S. Marine Barracks in Beirut, Lebanon. Plaintiffs have sued the Islamic Republic of Iran and Iranian Ministry of Information and Security for their roles in the bombing under the state-sponsored terrorism exception in the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

This court previously entered extensive findings of fact and conclusions of law addressing Iran's liability for Plaintiffs' injuries—leaving only the quantum of damages unresolved. (*See* ECF No. 24.) The court-appointed Special Master subsequently filed reports reflecting his recommendations on Plaintiffs' damages. (*See* ECF Nos. 29–35.) Plaintiff did not object to those findings.

1

The court previously entered a partial final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. (ECF No. 38.) In accordance with the Special Master's damages recommendations, the court held the claims brought on behalf of the Estates of Mabel Rich and Donald Webb in abeyance pending the issuance of letters of administration for each Estate. (ECF No. at 37 at 7–8.) Letters of administration have since been issued for the Estates of Mabel Rich and Donald Webb and filed with the court. (ECF No. 43, Exs. A, B.)

At Plaintiffs' request, the court delayed issuing final judgment on Plaintiffs' claims pending the Supreme Court's decision in *Opati v. Republic of Sudan*, 140 S. Ct. 1601 (2020). On May 20, 2020, Plaintiffs informed the court that the *Opati* decision confirms the availability of punitive damages to Plaintiffs. (ECF No. 45.)

Based on the foregoing and in accordance with the court's February 19, 2020 Memorandum Opinion adopting the Special Master's recommendations and finding that a ratio of 3.44 punitive damages to compensatory damages was appropriate, (ECF No. 37 at 7), Plaintiffs' motion for the entry of default judgment as to the Estates of Mabel Rich and Donald Webb will be GRANTED. Furthermore, Plaintiffs shall be awarded $5,600,000.00 in compensatory damages and $19,264,000 in punitive damages, for a total award of $24,864,000 to be distributed as follows:

| Plaintiff | Pain and Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Estate of Donald Webb | -- | $600,000.00 | -- | $2,064,000.00 |
| Estate of Mabel Rich | -- | $5,000,000.00 | -- | $17,200,000.00 |

The court will issue an order accordingly.

Date:  December 9, 2020

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge